# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.

04W0804.03

AGENCY: [X] IDHR  [X] EEOC

CHARGE NUMBER: 2004CF0281

## Illinois Department of Human Rights and EEOC

| | |
|---|---|
| **NAME** (Indicate Mr., Ms., Mrs.) ROB L. ONEAL | **HOME TELEPHONE** (include area code) 217-283-4084 |
| **STREET ADDRESS** 1009 W ORANGE ST | **CITY, STATE AND ZIP CODE** HOOPESTON, IL 60942 — **DATE OF BIRTH** 00/00/00 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| | | |
|---|---|---|
| **NAME** GUARDIAN WEST | **NUMBER OF EMPLOYEES, MEMBERS** 15+ | **TELEPHONE** (include area code) 217 278 2400 |
| **STREET ADDRESS** 601 GUARDIAN DRIVE | **CITY, STATE AND ZIP CODE** URBANA, IL 61803 | **COUNTY** 019 |

**CAUSE OF DISCRIMINATION BASED ON:** RETALIATION

**DATE OF DISCRIMINATION**
EARLIEST (ADEA/EPA)  /  /
LATEST (ALL) 07/29/2003
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed attach extra sheet(s))

I.  A.  ISSUE/BASIS

HARASSMENT - JUNE, 2003 CONTINUING THROUGH JULY 29, 2003 IN RETALIATION FOR OPPOSING UNLAWFUL DISCRIMINATION

B.  PRIMA FACIE ALLEGATIONS

1. In early June, 2003 and again in July, 2003, I engaged in a protective activity by filing an internal complaint opposing that which I reasonable and in good faith believed to be unlawful discrimination.

2. In mid June, 2003, I was informed by Susan Linville, Human Resources Manager, that Respondent had completed their

Continued...

**EXHIBIT A**

[X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct

NOTARY (when necessary for State and Local Requirements)
/s/ Rita Chavez-Rosalez

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

"OFFICIAL SEAL"
Rita Chavez-Rosalez
Notary Public, State of Illinois
My Commission Expires Sept. 24, 2005

8/4/03

**SIGNATURE OF COMPLAINANT**   /s/ Rob L. Oneal   **DATE** 8-4-03

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, year)

EEOC FORM 5 (6/00)   FEP9MEE3

Complainant Name: ROB L. ONEAL
Charge Number: 2004CF0281
Page 2

    investigation into my discrimination complaint. I was reassured by Linville, that Bob Kern, Plant Manager, had been removed from Respondent's facility and was now reporting to Respondent's business center. On the following day, I reported to work and Kern's was there on the paint line that I supervise. Kern stood with his hands folded across his chest staring at me. Later that day, Kern sent a message to me through Tom McDonald, Paint Manager, saying, "let pussy boy keep thinking that he got me but this is not over yet." From that day forward until my discharge, I was referred to as "pussy boy", by Kern.

3. I found Kern's behavior unwelcomed and reported it to Mel Kent, Corporate Human Resources, Rodger Melcardo, Vice President and Kaz Yuko.

4. The adverse action followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

II. A. ISSUE/BASIS

DISCHARGE - JULY 29, 2003, IN RETALIATION FOR OPPOSING UNLAWFUL DISCRIMINATION

  B. PRIMA FACIE ALLEGATIONS

1. In early June, 2003, and again in July, 2003, I engaged in a protective activity by filing an internal complaint opposing that which I reasonable and in good faith believed to be unlawful discrimination.

2. On July 29, 2003, I was discharged. The reason given by Susan Linville, Human Resources Manager, for my discharge was job performance. In June, 2003, I was given an excellent performance evaluation with a score of nine out of a possible ten.

3. My discharge followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

MEE/RCG