IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROB L. O'NEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 04-CV-2263 |
| | ) |
| GUARDIAN WEST DIVISION OF | ) |
| FLEX-N-GATE CORP., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE OF SUMMONS

TO:   Patrick A. Murphy
      Miller, Hall & Trigg
      416 Main Street, Suite 1125
      Peoria, IL  61602-1161
      Attorneys for Defendant Guardian West Division of Flex-N-Gate Corp.

    A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the Central District of Illinois, Urbana Division, and has been assigned docket number 04-CV-2263.

    This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 30 days (60 days if addressee located in a foreign country) after the date designated below as the date on which this NOTICE AND REQUEST is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

    If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

    If you do not return the signed waiver within the time indicated, I will take appropriate steps to

effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

      I affirm that this request is being sent to you on behalf of the plaintiff, this 30th day of November, 2004.

                      s/David Stevens  
                      DAVID STEVENS  
                      Of Heller, Holmes & Associates, P.C.  
                      Attorneys for Plaintiff

DAVID STEVENS  
HELLER, HOLMES & ASSOCIATES, P.C.  
1101 Broadway, P.O. Box 889  
Mattoon, IL  61938-0889  
Telephone: (217) 235-2700  
Fax: (217) 235-0743  
E-Mail: DavidStevens@HHLawOff.com