**E-FILED**
Wednesday, 26 January, 2005 03:02:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROB L. O'NEAL, | ) |
| Plaintiff, | ) ) ) |
| -vs- | )  No. 04-CV-2263 |
| GUARDIAN WEST DIVISION OF FLEX-N-GATE CORP., | ) ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO DISMISS BY REASON OF SETTLEMENT**

Now comes Plaintiff ROB L. O'NEAL, by DAVID STEVENS of HELLER, HOLMES & ASSOCIATES, P.C., his attorneys, and for his Motion to Dismiss by Reason of Settlement states as follows:

1. Plaintiff filed his Complaint With Jury Demand on November 23, 2004.

2. Defendant GUARDIAN WEST DIVISION OF FLEX-N-GATE CORP., by and through its attorney Patrick A. Murphy of Miller, Hall & Triggs, immediately entered into good-faith settlement negotiations with Plaintiff.

3. Those negotiations have been fruitful, and this matter is now settled.

4. Plaintiff wishes to dismiss his Complaint with prejudice at this time by reason of the settlement.

WHEREFORE, Plaintiff ROB L. O'NEAL prays this Court to enter an Order dismissing the case with prejudice, with each party to bear its own costs and fees.

ROB L. O'NEAL, Plaintiff


By:    s/David Stevens
      DAVID STEVENS
      HELLER, HOLMES & ASSOCIATES, P.C.
      1101 Broadway, P.O. Box 889
      Mattoon, IL 61938-0889
      Telephone: (217) 235-2700
      Fax: (217) 235-0743
      E-Mail: DavidStevens@HHLawOff.com